UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:21-CR-48-DPJ-FKB

RICHARD WILLIAM DANIEL SPARKS

## FINAL ORDER OF FORFEITURE

Before the Court is the United States of America's Motion [57] for a Final Order of Forfeiture. Having reviewed the Government's Motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on November 15, 2021, this Court entered an Agreed Preliminary Order of Forfeiture [29], ordering the Defendant, **RICHARD WILLIAM DANIEL SPARKS**, to forfeit the "**Subject Property**," as described below:

| ASSET ID | Property Description |
| --- | --- |
| 21-FBI-009504-01 | One (1) Samsung Orbit Cell Phone, Model SM-S367VL(GP), Serial No. 352069105349335 |
| 21-FBI-009504-02 | One (1) PlayStation Game Console, Model PS4, Serial No. MC732917485 |
| 21-FBI-009504-03 | Six (6) Assorted Thumb Drives |
| 21-FBI-009504-04 | One (1) Apple iPod, Model Touch |

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified any potential third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 1467, 2253(a)(2), and (a)(3);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the **Subject Property** is hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 1467, 2253(a)(2), and (a)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law.

The Court shall retain jurisdiction to enforce this Order, and to mend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED, ADJUDGED, AND DECREED this the 16th day of March, 2023.

s/ *Daniel P. Jordan III*  
CHIEF UNITED STATES DISTRICT JUDGE